RECEIVED IN ALEXANDRIA, LA
JUL 27 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SHEDDRICK A HARRIS | CIVIL ACTION NUMBER 05-0267 |
| VERSUS | SECTION "P" |
| WARDEN ROBERT TAPIA | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's 28 U.S.C. §2241 claim for *habeas corpus* relief be transferred to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. §1631.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27TH day of July, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE